UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DOUGLAS PAQUETTE, INC.,
Plaintiff,

v.

C.A. No. 2005-419-T

INTERNATIONAL DIRECT GROUP INC.
and THE TJX COMPANIES, INC.,
Defendants.

***AFFIDAVIT OF SERVICE***

I, MICHAEL H. FELDHUHN, ESQUIRE (#3344), upon oath, depose and say as follows:

1. I mailed a summons and a copy of the complaint to defendant International Direct Group Inc., c/o Schaeffer & Krongold, LLP, 450 Seventh Avenue, Suite 1400, New York NY 10123, by certified mail, return receipt requested, pursuant to F.R.Civ.P. 4(h)(1) and 4(e)(1). A copy of the summons is attached hereto.

2. I received the signed return receipt on October 17, 2005, indicating that Schaeffer & Krongold, LLP received the summons and complaint. The original return receipt is attached hereto.

Plaintiff,
By Its Attorney,

[signature]

Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, Rhode Island 02903
Tel. (401) 331-6600
FAX (401) 274-2780

Subscribed And Sworn To Before Me On this 21st Day of October, 2005.

Thomas Chester
Notary Public
Thomas Chester
my commission expires 7/6/06

AO 440 (Rev. 10193) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

DOUGLAS PAQUETTE INC.

V.

INTERNATIONAL DIRECT GROUP INC.,
THE TJX COMPANIES, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2005- 419T

TO: (Name and address of Defendant)

INTERNATIONAL DIRECT GROUP INC.
c/o SCHAEFFER & KRONGOLD LLP
450 SEVENTH AVENUE SUITE 1400
NEW YORK, NY 10123

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael H. Feldhuhn, Esquire
56 Pine Street
Suite 200
Providence, Rhode Island 02903
Tel. (401) 331-6600
FAX (401) 274-2780
mike@feldhuhn.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of skrvice. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

October 7, 2005

DATE

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ELLIOT L. SCHAEFFER, ESQ
SCHAEFFER + KRUMGOLD
450 SEVENTH AVENUE
SUITE 1400
NEW YORK NY 10123

2. Article
(Transf

PS Form

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) [handwritten]
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

595-02-M-1540

UNITED STATES POSTAL SERVICE

received 10/17/05

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

MICHAEL FELDHUHN
56 PINE ST
SUITE 200
PROVIDENCE RI 02903