UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DOUGLAS PAQUETTE, INC.,
Plaintiff,

v.

C.A. No. 2005-419-T

INTERNATIONAL DIRECT GROUP INC.
and THE TJX COMPANIES, INC.,
Defendants.

**NOTICE OF CONSENT TO ENLARGEMENT OF TIME**

Plaintiff has agreed that the defendants may have an enlargement of time, to and including **December 1, 2005**, to answer, move, or otherwise respond to the complaint.

Plaintiff,
By Its Attorney,

DATE: November 3, 2005

Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, Rhode Island 02903
Tel. (401) 331-6600
FAX (401) 274-2780

ENTER:

______________________________
The Honorable Ernest C. Torres
Chief U.S. District Judge

Date: __________

CERTIFICATION

On this 3rd day of November, 2005, I mailed a copy of this to:

Larry C. Jones, Esquire
ALSTON & BIRD LLP
101 South Tryon Street -- Suite 4000
Charlotte, NC 28280
*Counsel for The TJX Companies, Inc.*

Elliot L. Schaeffer, Esquire
SCHAEFFER & KRONGOLD
450 Seventh Avenue -- Suite 1400
New York, NY 10123
*Counsel For International Direct Group Inc.*

[signature]