UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DOUGLAS PAQUETTE, INC.<br><br>*Plaintiff,*<br><br>v.<br><br>INTERNATIONAL DIRECT GROUP, INC. and THE TJX COMPANIES, INC.<br><br>*Defendants.* | ) | No. 05-419T |

**CORPORATE DISCLOSURE STATEMENT**

Defendant International Direct Group, Inc. ("IDG"), by its undersigned counsel, for its Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1(a), hereby states as follows:

Parent Corporation: None.

Publicly-held corporations that own 10% or more of IDG's stock: None.

IDG is a privately held company.

December 13, 2005

**INTERNATIONAL DIRECT GROUP INC.**

By its Attorneys,

William M. Dolan III (#4524)
Brian J. Lamoureux (#6211)
Brown Rudnick Berlack Israels LLP
121 South Main Street
Providence, RI 02903
401 276 2600
401 276 2601 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2005, I caused this document to be sent via facsimile and first-class mail, postage prepaid, to:

Michael H. Feldhuhn, Esq.
56 Pine Street
Suite 200
Providence, RI 02903
*Counsel for Plaintiff*

Brian J. Lamoureux

# 50220228 v1 - MEDEIRD - 025621/0001