UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DOUGLAS PAQUETTE, INC.

*Plaintiff,*

v.

INTERNATIONAL DIRECT GROUP, INC. and THE TJX COMPANIES, INC.

*Defendants.*

No. 05-419T

RECEIVED
DEC 14 2005
Property of U.S. District Court
District of Rhode Island

**STIPULATION**

Plaintiff and Defendant The TJX Companies, Inc. ("TJX") hereby stipulate and agree as follows:

1. TJX shall have through and including December 13, 2005 to plead or otherwise respond to Plaintiff's Complaint in this case.

**DOUGLAS PAQUETTE, INC.**

By its Attorney,

Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, RI 02903
401 331 6600
401 274 2780 Facsimile

December 12, 2005

**THE TJX COMPANIES, INC.**

By its Attorneys,

William M. Dolan III (#4524)
Brian J. Lamoureux (#6211)
Brown Rudnick Berlack Israels LLP
121 South Main Street
Providence, RI 02903
401 276 2600
401 276 2601 Facsimile

December 12, 2005

ENTER: Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge

DATE: 12/16/05

## CERTIFICATE OF SERVICE

I hereby certify that on December ~~12~~ 14, 2005, I caused this document to be sent via facsimile and first-class mail, postage prepaid, to:

Michael H. Feldhuhn, Esq.
56 Pine Street
Suite 200
Providence, RI 02903

*Counsel for Plaintiff*

Brian J. Lamoureux

# 50220272 v1 - LAMOURBJ - 025621/0001