UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DOUGLAS PAQUETTE, INC.<br><br>*Plaintiff,*<br><br>v.<br><br>INTERNATIONAL DIRECT GROUP, INC. and THE TJX COMPANIES, INC.<br><br>*Defendants.* | C.A. No. 05-419-T |

**DISMISSAL STIPULATION**

Pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, and a settlement agreement entered into by and among the parties to this lawsuit (which settlement agreement is not being filed with the Court), the parties hereby stipulate to the dismissal with prejudice of the above-entitled action. Each party shall bear its own attorneys' fees and costs incurred in this lawsuit.

**DOUGLAS PAQUETTE, INC.,**

By its Attorney,

Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, RI 02903
Tel. 401-331-6600
FAX 401-274-2780

March 31, 2006

**INTERNATIONAL DIRECT GROUP INC.,**
**THE TJX COMPANIES, INC.,**

By Their Attorneys,

William M. Dolan III (#4524)
Brian J. Lamoureux (#6211)
BROWN RUDNICK BERLACK ISRAELS LLP
121 South Main Street
Providence, RI 02903
Tel. 401-276-2600
FAX 401-276-2601

March 31, 2006

ENTER:

Ernest C. Torres

The Honorable Ernest C. Torres
United States Chief District Judge

Date: 4/4/06